IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GEORGE CLIFTON COBB V,

    Plaintiff,
v.                                              CASE NO. 1:21-cv-135-AW-GRJ

SGT M L REVELS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate in the custody of the Florida Department of Corrections presently confined at Graceville CI, initiated this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and seeks leave to proceed as a pauper.  ECF Nos. 1, 2.  Plaintiff's IFP motion is deficient because he failed to file an executed prisoner consent and financial certificate form completed by Plaintiff and the custodian of inmate accounts at Plaintiff's prison, together with a certified copy of Plaintiff's inmate account statement for the six months preceding the filing of the Complaint (February 13, 2021, to August 13, 2021).  The Court ordered Plaintiff to correct this deficiency on or before September 15, 2021, failing which this case could be dismissed without further notice.  ECF No. 4.  On Plaintiff's motion, the Court extended the deadline to November 5, 2021.  ECF No.

10.  As of this date, Plaintiff has failed to respond.  It therefore appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 30th day of November 2021.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.