IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GEORGE CLIFTON COBB V,**

    **Plaintiff,**

v.                                                            Case No. 1:21-cv-135-AW-GRJ

**SGT M. L. REVELS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's November 30, 2021 Report and Recommendation, ECF No. 12, to which no objections have been filed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 12) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute."

3.    The clerk will then close the file.

SO ORDERED on January 6, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge